K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>BOB VLAHOPOULIOTIS, et al.,<br><br>          Defendants. | No.  1:12-cv-00252-AWI-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Bob Vlahopouliotis, Katerina Vlahopouliotis and Irene Garcia-Puente dba Alberto's Mexican Food ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 15, 2012                                        MOORE LAW FIRM, P.C.


                                                          /s/Tanya E. Moore
                                                          Tanya E. Moore
                                                          Attorney for Plaintiff Ronald Moore

///

*Moore v. Vlahopouliotis, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

| | |
|---|---|
| Date: June 15, 2012 | LAW OFFICES OF JOSEPH R. KAFKA |
| | /s/ Joseph R. Kafka |
| | Joseph R. Kafka |
| | Attorneys for Defendants Bob Vlahopouliotis, Katerina Vlahopouliotis and Irene Garcia-Puente dba Alberto's Mexican Food |

**ORDER**

The parties having so stipulated pursuant to Rule 41(a), IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   June 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE